UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | No. 1:19-cr-10459-RWZ |
| **TYSON JORGE** | ) ) ) | |

## DEFEFENDANT'S REQUEST FOR A HEARING

Tyson Jorge requests that this court schedule a hearing on his previously filed objection to the Magistrate Judge's ruling as to the protective order.

In support of this motion, on August 28, 2020, Mr. Jorge filed Defendant's Objections to Docket No. 1224: "Memorandum and Order Re: Defendant's Motion to Compel the Government to Make a Particularized Showing of Good Cause for Protective Order in Compliance with the Court's Order (Docket Entry # 948)."  The restrictions imposed by the protective order are interfering with counsel's ability to provide effective assistance of counsel to Mr. Jorge.

TYSON JORGE,
By his attorney


  /s/ John H.  Cunha Jr.
John H.  Cunha Jr.
B.B.O. No. 108580
CUNHA & HOLCOMB, P.C.
One State Street, Suite 500
Boston, MA 02109-3507
617-523-4300
cunha@cunhaholcomb.com

Dated: November 9, 2020

1

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing pleading was served upon all parties of record on this date via the ECF system, and also served this date upon the government by e-mail correspondence to AUSA Philip Mallard at Philip.Mallard@usdoj.gov.

                                 /s/ John H. Cunha Jr.
                                 John H. Cunha Jr.